BEFORE THE THIRD DIVISION, DECEMBER 26, 1962

**No. 67297.**—Lucas Electrical Service and James G. Wiley v. United States, protest 58/10189 (Los Angeles).

Opinion by JOHNSON, J.  At the trial, it was stipulated that duty was assessed at 11½ percent ad valorem under the provision in paragraph 369, Tariff Act of 1930, as modified, for parts of automobiles, on 30 starter sets, and that only 15 were contained in the carton.  In accordance with stipulation of counsel, it was held that duty is not assessable upon the 15 sets which were not imported with this shipment.  The protest was sustained to this extent.

**No. 67298.**—Border Brokerage Co. v. United States, protest 59/18964 (Seattle).

Opinion by RICHARDSON, J.  In accordance with oral stipulation of counsel that the merchandise, described on the invoice as frozen ground shrimp shells, is similar in all material respects to that the subject of *Border Brokerage Co.* v. *United States* (43 Cust. Ct. 231, C.D. 2132), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 27, 1962

**No. 67299.**—Ignaz Strauss & Co., Inc. v. United States, protest 60/27021 (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall ornaments in chief value of iron similar in all material respects to those the subject of *Marshall Field & Co.* v. *United States* (45 CCPA 72, C.A.D. 676), the claim of the plaintiff was sustained.